**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6607

JOE LEE FULGHAM,

            Plaintiff - Appellant,

      v.

CATHY DAVIS HONEYCUTT, a Suffolk Va. Probation Officer,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:09-CV-00086-JBF-JEB)

Submitted: August 20, 2009          Decided: August 27, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joe Lee Fulgham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Fulgham v. Honeycutt, No. 2:09-CV-00086-JBF-JEB (E.D. Va. Mar. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2